# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 6, 2010

No. 09-20751
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE FRANCISCO MARTINEZ-MALDONADO, also known as Juan Jose
Ferdin, also known as Jose Francisco Martinez, also known as Juan Martinez
Ferdin,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CR-421-1

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Jose Francisco Martinez-Maldonado
(Martinez) has moved for leave to withdraw and has filed a brief in accordance
with *Anders v. California*, 386 U.S. 738 (1967). Martinez has filed a response.
Our independent review of the record, counsel's brief, and Martinez's response
discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel is excused from further responsibilities
herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.